1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOSEPH GARY ORTA,                        No.  2:16-cv-0905 JAM CKD P

12              Plaintiff,

13        v.                                  FINDINGS AND RECOMMENDATIONS

14   PAUL LUDLOW, et al.,

15              Defendants.

16

17        Plaintiff is a state prisoner proceeding pro se pursuant to 42 U.S.C. § 1983.  On May 9,

18   2016, the undersigned recommended that this action be dismissed for failure to exhaust

19   administrative remedies because the inmate grievance process concerning the complained-of

20   issue was not complete as of the filing of the complaint.  (ECF No. 5.)  On June 14, 2016, the

21   undersigned partially vacated its findings and recommendations to grant plaintiff leave to amend

22   to explain, if applicable, why the exhaustion requirement should be excused in this case.  (ECF

23   No. 10.)  Leave to amend was also granted to state a cognizable claim under § 1983.  (Id.)

24   Plaintiff was advised that failure to amend within thirty days would result in a recommendation

25   that this action be dismissed.  (Id.)

26        The thirty day period has passed, and plaintiff has not filed an amended complaint.

27   Rather, plaintiff has notified the court that the administrative grievance process for the medical

28   issue that is the subject of the complaint was completed on June 16, 2016.  (ECF Nos. 11 & 12.)

1

2:16-cv-00905-JAM-CKD   Document 13   Filed 07/26/16   Page 2 of 2

1   However, as explained in the May 9, 2016 screening order, because plaintiff brought suit against

2   defendants on April 29, 2016, he was required to have completed the administrative grievance

3   process as to his claims by that date.  See Akhtar v. Mesa, 698 F.3d 1202, 1210 (9th Cir. 2012)

4   ("a prisoner does not comply with [the exhaustion] requirement by exhausting available remedies

5   during the course of the litigation.").  Thus this action should be dismissed without prejudice to

6   re-filing a new action with exhausted claims.

7          Accordingly,  IT IS HEREBY RECOMMENDED that this action is dismissed without

8   prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

9          These findings and recommendations are submitted to the United States District Judge

10  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

11  after being served with these findings and recommendations, any party may file written

12  objections with the court and serve a copy on all parties.  Such a document should be captioned

13  "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the

14  objections shall be filed and served within fourteen days after service of the objections.  The

15  parties are advised that failure to file objections within the specified time may waive the right to

16  appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

17  Dated:  July 26, 2016

18  _____

    CAROLYN K. DELANEY
19  UNITED STATES MAGISTRATE JUDGE

20

21

22

23  2/orta0905.fta

24

25

26

27

28

                                        2